TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00219-CV

Southwestern Bell Telephone Company, Appellant

v.

Public Utility Commission of Texas; AT&T Communications of the Southwest, Inc.;

MCI Telecommunications Corporation; Time Warner Communications of Austin,

 L.P.; and Time Warner Communications of Houston, L.P., Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT

NO. 94-02606, HONORABLE F. SCOTT MCCOWN, JUDGE PRESIDING 

PER CURIAM

 Appellant Southwestern Bell Telephone Company asks that we dismiss this appeal pursuant
to Texas Rule of Appellate Procedure 42.1(a)(2). We grant the motion.

 The appeal is dismissed.

Before Justices Powers, Aboussie and B. A. Smith

Dismissed on Appellant's Motion

Filed: October 16, 1997

Do Not Publish